

WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

## INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD 20759

| | |
|---|---|
| Invoice Date | 08/13/2013 |
| Client Number | 01260001 |
| Invoice Number | 378952 |
| Services Through | 07/31/2013 |

01260001.00208   Heatley, Lula M (12-21570)

### ACCOUNT SUMMARY

PRIOR CHARGES

| | |
|---|---|
| NET BALANCE FORWARD | $0.00 |

CURRENT CHARGES

| | |
|---|---|
| Total Services  (details follow) | $614.00 |
| Total Expenses  (details follow) | $0.00 |
| TOTAL CURRENT CHARGES | $614.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | **$614.00** |

### DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Candace O. Dixon** | | | | |
| 07/23/2013 | Prepare and finalize request for bar date; prepare correspondence to UST office | 0.60 | 175.00 | 105.00 |
| 07/23/2013 | Prepare and finalize Application to Employ Offit Kurman, Affidavit and Order | 1.40 | 175.00 | 245.00 L |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 2.00 | | 350.00 |
| **James M. Hoffman** | | | | |
| 07/25/2013 | Review Heatley issues; exemption. | 0.40 | 440.00 | 176.00 L |
| 07/26/2013 | Review issues and facts with Trustee. | 0.20 | 440.00 | 88.00 L |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 0.60 | | 264.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 2.60 | | 614.00 |

**EXHIBIT A**

|  | TOTAL CURRENT CHARGES: | $614.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
| --- | --- | --- |
| Candace O. Dixon | 2.00 | 350.00 |
| James M. Hoffman | 0.60 | 264.00 |
|  | 2.60 | $614.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD 20759

Tax I.D.:52-1518021

## INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD 20759

| | |
|---|---|
| Invoice Date | 09/13/2013 |
| Client Number | 01260001 |
| Invoice Number | 381871 |
| Services Through | 08/31/2013 |

01260001.00208  Heatley, Lula M (12-21570)

**ACCOUNT SUMMARY**

| | | |
|---|---|---|
| PRIOR CHARGES | | |
| Balance of last invoice | $614.00 | |
| NET BALANCE FORWARD | | $614.00 |
| CURRENT CHARGES | | |
| Total Services (details follow) | $1,575.00 | |
| Total Expenses (details follow) | $0.00 | |
| TOTAL CURRENT CHARGES | | $1,575.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | | **$2,189.00** |

**DETAIL OF CURRENT CHARGES**

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 08/08/2013 | Review status of demand for turnover on S. Collins regarding proceeds of debtor's claim against decedent's esate. | 0.30 | 450.00 | 135.00 L |
| 08/28/2013 | Analysis of documents from counsel to Debtor in prosecuting claim against decedent's estate (.80); analysis of amended schedules B and C and prepare Objection to Amended Schedule C claim of exemption in unscheduled claim against decedent's estate (1.60). | 2.40 | 450.00 | 1,080.00 L |
| 08/30/2013 | Revise and finalize Objection to Amended Schedule C Exemptions | 0.80 | 450.00 | 360.00 L |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 3.50 | | 1,575.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 3.50 | | 1,575.00 |
| | TOTAL CURRENT CHARGES: | | | $1,575.00 |

**EXHIBIT A**

## TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 3.50 | 1,575.00 |
| | 3.50 | $1,575.00 |

**EXHIBIT A**



WASHINGTON | BALTIMORE | PHILADELPHIA | WILMINGTON | VIRGINIA

8171 Maple Lawn Blvd., Suite 200, Maple Lawn, MD  20759

Tax I.D.:52-1518021

# INVOICE

Joe Bellinger, Bankruptcy Trustee
Offit Kurman, P.A.
8171 Maple Lawn Blvd.
Maple Lawn, MD  20759

| | |
|---|---|
| Invoice Date | 10/14/2013 |
| Client Number | 01260001 |
| Invoice Number | 385159 |
| Services Through | 09/30/2013 |

01260001.00208   Heatley, Lula M (12-21570)

## ACCOUNT SUMMARY

**PRIOR CHARGES**

| | |
|---|---|
| Balance of last invoice | $2,189.00 |

**NET BALANCE FORWARD**  $2,189.00

**CURRENT CHARGES**

| | |
|---|---|
| Total Services  (details follow) | $3,180.00 |
| Total Expenses  (details follow) | $0.00 |
| TOTAL CURRENT CHARGES | $3,180.00 |
| **TOTAL BALANCE NOW DUE FOR THIS MATTER:** | **$5,369.00** |

## DETAIL OF CURRENT CHARGES

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| **Joseph J. Bellinger, Jr.** | | | | |
| 09/04/2013 | Analyze Amendments to Schedules B and C and documents related to Decedent's Estate (2.30); draft Objection to Debtor's Claim of Exemptions (1.60); email draft to UST regarding discharge issues (.20). | 4.10 | 450.00 | 1,845.00 L |
| 09/06/2013 | Review of information and documents regarding Debtor's claim against Decedent's Estate and revise Objection to Claim of Exemptions. | 1.20 | 450.00 | 540.00 L |
| 09/11/2013 | Review audio of section 341 meeting and finalize Objection to Debtor's Amended Claim of Exemptions. | 1.30 | 450.00 | 585.00 L |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 6.60 | | 2,970.00 |

**Candace O. Dixon**

EXHIBIT A

| Date | Services | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/11/2013 | Finalize Objection to Claim of Exemptions | 0.40 | 175.00 | 70.00 |
| 09/12/2013 | Review deficiency notice; revise objection to exemptions to comply with deficiency notice; review local rules; finalize same | 0.80 | 175.00 | 140.00 |
| | TOTAL CURRENT CHARGES FOR THIS TIMEKEEPER: | 1.20 | | 210.00 |
| | TOTAL CURRENT CHARGES FOR THIS MATTER: | 7.80 | | 3,180.00 |
| | TOTAL CURRENT CHARGES: | | | $3,180.00 |

### TIMEKEEPER SUMMARY FOR THIS MATTER

| Timekeeper | Hours | Amount |
|---|---|---|
| Joseph J. Bellinger, Jr. | 6.60 | 2,970.00 |
| Candace O. Dixon | 1.20 | 210.00 |
| | 7.80 | $3,180.00 |

**EXHIBIT A**

# Matter Worked Detail Report

Worked between 10/01/2013 thru 11/06/2013

**Client Number**
**Matter No. & Name**

**01260001: Bellinger Bank. Trustee, Joe**
01260001.00208: Heatley, Lula M (12-21570)

## Time Entries

| Date Worked | Timekeeper | Invoice No. | Work Status | Description | Hours | Rate | Dollars |
|---|---|---|---|---|---|---|---|
| 10/18/2013 | Psoras, Beth Ann | | Work-In-Process | Review and analyze September 2013 bank statement and reconciliation details (.2). Trustee case status review and follow up (.2). | 0.40 | 185.00 | 74.00 |
| 10/21/2013 | Dixon, Candace O. | | Work-In-Process | Review claims filed and supporting documents | 2.60 | 175.00 | 455.00 |
| 10/24/2013 | Dixon, Candace O. | | Work-In-Process | Prepare Application to Destroy Books and Records, Notices, and Certificate of Service in preparation of final report | 1.70 | 175.00 | 297.50 |
| 11/01/2013 | Dixon, Candace O. | | Open | Prepare Application to Compensate Trustee, Order, TFR, NFR, and Notice of Fee Applications; review invoices | 3.30 | 175.00 | 577.50 |
| 11/04/2013 | Psoras, Beth Ann | | Open | Prepare and finalize Offit Kurman Attorney Fee Application. | 2.20 | 185.00 | 407.00 L |
| 11/05/2013 | Bellinger, Jr., Joseph J. | | Open | Review and revise Application for Allowance and Payment of Compensation of Trustee's Counsel. | 0.80 | 450.00 | 360.00 L |

| | Hours | Dollars | Cost Value |
|---|---|---|---|
| **Total For 01260001.00208: Heatley, Lula M (12-21570)** | 11.00 | 2,171.00 | 0.00 |
| **Total For 01260001: Bellinger Bank. Trustee, Joe** | 11.00 | 2,171.00 | 0.00 |
| **Report Totals** | 11.00 | 2,171.00 | 0.00 |

**EXHIBIT A**